UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TINA MARIE CLARKE,

    Plaintiff,                                        Civil No. 06-CV-10394
                                                HONORABLE MARIANNE O. BATTANI
v.                                          UNITED STATES DISTRICT JUDGE

DAVID NEWBLATT,

    Defendant,
_____/

**OPINION AND ORDER GRANTING THE MOTION FOR VOLUNTARY DISMISSAL**

Tina Marie Clarke, ("plaintiff"), presently confined at the Huron Valley Women's Complex in Ypsilanti, Michigan, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff has now filed a letter request to withdraw from the case, which is construed by the Court as a motion for voluntary dismissal pursuant to Fed.R.Civ.P 41(a). For the reasons stated below, the motion for voluntary dismissal is granted and the complaint is **DISMISSED WITHOUT PREJUDICE.**

## I. DISCUSSION

Fed.R.Civ.P. 41(a) provides that a plaintiff may dismiss an action without order of court by filing a notice of dismissal before service by the adverse party of an answer or motion for summary judgment. *See also Doran v. McGinnis*, 158 F.R.D. 383, 389 (E.D. Mich. 1994). Plaintiff is entitled to a voluntary dismissal of her civil rights complaint, in light of the fact that the defendant has not yet been

1

served in this case, nor has he filed an answer to the complaint or motions to dismiss or for summary judgment. *Id.*

## II.  ORDER

Based upon the foregoing, the motion for voluntary dismissal is **GRANTED** and the complaint is **DISMISSED WITHOUT PREJUDICE.**

_s/Marianne O. Battani_
**HON. MARIANNE O. BATTANI**
UNITED STATES DISTRICT COURT

DATED: April 13, 2006